Kirby
v.
Robbins.

*J. Ristine*, for the appellants.

*W. H. Mallory*, for the appellees.

---

## Carson *v.* Allen.

*Thursday,*
*December* 15.

---

## Kirby *v.* Robbins, Assignee.

*Thursday,*
*December* 15.

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—In this case, there was a judgment by default against the appellant, who was the defendant, in the Common Pleas. But the record fails to show that, prior to the taking of the appeal, there was a motion in that Court to set aside the default. Hence, the cause is not properly before us.

We have repeatedly decided that "where a judgment is taken by default, a motion to set aside the default must precede an appeal to this Court." *Blair* v. *Davis*, 9 Ind. R. 236.—*Harlan* v. *Edwards*, and other cases, at the present term (1).

The appeal is dismissed with costs.

J. *Gavin* and *O. B. Hord*, for the appellant.

J. L. *Ketcham* and *I. Coffin*, for the appellee.

(1) *Ante*, 430.

The appeal is dismissed with costs.